EUGENE D. ROTH, ESQ. - 4239
VALLEY PARK EAST
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for the Debtor(s)

---

| IN THE MATTER OF | UNITED STATES BANKRUPTCY COURT: DISTRICT OF NEW JERSEY |
|---|---|
| ERNESTO L. ARANA and MEGAN L. YOUNG | CASE NO.: 17-19726 (JKS) CHAPTER 7 |
| DEBTOR | **CERTIFICATION OF EUGENE D. ROTH, ESQ.** |

Eugene D. Roth, Esq. of full age, hereby certifies and says:

1. I am counsel for the Debtors in this matter and as such am fully familiar with the facts contained herein. I make this certification in opposition to the Motion For an Order Converting Case to Ch. 7, or in the Alternative Dismissing Case filed by the Acting United States Trustee with this Court on December 22, 2017 (the "Trustee's Motion to Convert/Dismiss").

2. The Trustee's Motion to Convert/Dismiss and the certification of Tina Oppelt filed in support thereof asserted that the case should be converted or dismissed due to the Debtors' failure to file Monthly Operating Reports.

3. The delinquent Operating Reports were filed yesterday and immediately thereafter I attempted to contact Michael A. Artis, Esq. via email to inform him of the foregoing, but have yet to receive a reply email from him necessitating the filing of this certification.

4. Moreover, the Debtors' Operating Report for December 2017 has been received by my office and will be filed tomorrow.

5. Given the foregoing, it is respectfully submitted that the Motion to Convert/Dismiss be denied.

I hereby certify that the forgoing statements made by me are true. I am aware that if any such statements are willfully false, that I am subject to punishment.

/s/ *Eugene D. Roth, Esq.*
Eugene D. Roth, Esq.

Dated: January 16, 2018