---

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GARY C. ZEITZ, L.L.C.<br>LINDA S. FOSSI, ESQUIRE (LF 1720)<br>ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>*FIG CAPITAL INVESTMENTS NJ13 LLC* |

Order Filed on March 8, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>ERNESTO L. ARANA AND MEGAN L. YOUNG | Case No.: 17-19726/JKS<br><br>Chapter 11<br><br>Hearing Date: February 27, 2018<br><br>Judge: John K. Sherwood |

**ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 8, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having come before the Court upon the motion of FIG Capital Investments NJ13 LLC ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Ernesto L. Arana and Megan L. Young (the "Debtors"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Eugene D. Roth, Esquire, attorney for the Debtors; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtors' real estate located at 18 Burroughs Way, Maplewood, New Jersey, Block 36.04, Lot 80 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtors now seek to pay the amounts owed to Creditor through their Chapter 11 plan; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. Creditor shall file a proof of claim by March 15, 2018, which claim shall be deemed a timely filed allowed claim pursuant to the bankruptcy code and rules. Creditor's claim shall be paid by the Debtors in their Chapter 11 Plan of Reorganization. Creditor reserves the right to amend its proof of claim to include interest in accordance with the length of the proposed Chapter 11 Plan of Reorganization. In addition, Creditor is authorized to add the amount of $500.00 on account of the legal fees and costs incurred in the prosecution of its relief from stay motion.

2. Within thirty (30) days of the entry of this Order, the Debtors shall pay all outstanding post-petition taxes owing to Maplewood on account of the Property except to the extent that Creditor has already paid said post-petition taxes.

3. In the event the Debtors fail to make any of the post-petition payments required to be made to Maplewood on account of the Property within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtors and Debtors' counsel, setting forth the default in question.