| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GARY C. ZEITZ, L.L.C.<br>LINDA S. FOSSI, ESQUIRE (LF 1720)<br>ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>FIG CAPITAL INVESTMENTS NJ13 LLC | Order Filed on March 8, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ERNESTO L. ARANA AND MEGAN L. YOUNG | Case No.: 17-19726/JKS<br><br>Chapter 11<br><br>Hearing Date: February 27, 2018<br><br>Judge: John K. Sherwood |

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 8, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having come before the Court upon the motion of FIG Capital Investments NJ13 LLC ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Ernesto L. Arana and Megan L. Young (the "Debtors"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Eugene D. Roth, Esquire, attorney for the Debtors; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtors' real estate located at 18 Burroughs Way, Maplewood, New Jersey, Block 36.04, Lot 80 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtors now seek to pay the amounts owed to Creditor through their Chapter 11 plan; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1.  Creditor shall file a proof of claim by March 15, 2018, which claim shall be deemed a timely filed allowed claim pursuant to the bankruptcy code and rules. Creditor's claim shall be paid by the Debtors in their Chapter 11 Plan of Reorganization. Creditor reserves the right to amend its proof of claim to include interest in accordance with the length of the proposed Chapter 11 Plan of Reorganization. In addition, Creditor is authorized to add the amount of $500.00 on account of the legal fees and costs incurred in the prosecution of its relief from stay motion.

2. Within thirty (30) days of the entry of this Order, the Debtors shall pay all outstanding post-petition taxes owing to Maplewood on account of the Property except to the extent that Creditor has already paid said post-petition taxes.

3. In the event the Debtors fail to make any of the post-petition payments required to be made to Maplewood on account of the Property within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtors and Debtors' counsel, setting forth the default in question.

United States Bankruptcy Court
District of New Jersey

In re:  
Ernesto L. Arana  
Megan L. Young  
      Debtors

Case No. 17-19726-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 08, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
db/jdb       +Ernesto L. Arana,    Megan L. Young,    18 Borroughs Ways,    Maplewood, NJ 07040-1411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:
         Eugene D. Roth    on behalf of Debtor Ernesto L. Arana erothesq@gmail.com  
         Eugene D. Roth    on behalf of Joint Debtor Megan L. Young erothesq@gmail.com  
         Linda S. Fossi    on behalf of Creditor    FIG Capital Investments NJ13 LLC lfossi@zeitzlawfirm.com,
   gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
         Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
         Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
   AS TRUSTEE (CWALT 2006-7CB) rsolarz@kmllawgroup.com  
         Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
   Trust, as trustee of Normandy Mortgage Loan Trust, Series 2016-2 skelly@sterneisenberg.com,
   bkecf@sterneisenberg.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                        TOTAL: 7