Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−19726−JKS
    Chapter: 11
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ernesto L. Arana | Megan L. Young |
| 18 Borroughs Ways | 18 Borroughs Ways |
| Maplewood, NJ 07040 | Maplewood, NJ 07040 |

Social Security No.:
  xxx−xx−2715                                xxx−xx−9000

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

    An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by UNITED STATES TRUSTEE.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable John K. Sherwood on:

Date:            July 17, 2018
Time:           10:00 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: June 19, 2018
JAN:

                                                                         Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ernesto L. Arana  
Megan L. Young  
    Debtors

Case No. 17-19726-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jun 19, 2018  
                  Form ID: 169     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.

```
db/jdb         +Ernesto L. Arana,   Megan L. Young,   18 Borroughs Ways,   Maplewood, NJ 07040-1411
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,   Stern & Eisenberg, PC,
                1040 N. Kings Highway,   Suite 407,   Cherry Hill, NJ 08034-1925
516820437      +BAC Home Loans Servicing,   P.O.Box 5170,   Simi Valley, CA 93062-5170
516820438      +Bayview Loan Servicing,   c/o Phelan, Hallinan,   400 Fellowship Rd.,
                Mount Laurel, NJ 08054-3437
516820439      +Christina Trust A Division of Wilmington,   c/o Stern Lavinthal and Frankenberg,LLC,
                105 Eisenhower Pkwy, Suite 302,   Roseland, NJ 07068-1640
516964429      +Loramark Capital LLC,   PO Box 744,   Mount Laurel NJ 08054-0744
516964430      +MTAG Cust Fig Cap Invest NJ313,   8323 Ramona Blvd., W Ste 2,   Jacksonville FL 32221-1387
516820442      +Meridian Financial Services,   Royal Holiday Club,   1636 Hendersonville Rd,
                Asheville, NC 28803-3057
516820443      +Nissan Motor Acceptance Corporation,   PO Box 660360,   Dallas, TX 75266-0360
516820444      +Overlook Medical Center,   99 Beauvoir Ave,   Summit, NJ 07901-3595
516820447      +TD Bank/Target,   PO. Box 673,   Minneapolis, MN 55440-0673
516820448      +Toyota Lease Trust,   PO Box 105386,   Atlanta, GA 30348-5386
517019189      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                Addison, Texas 75001-9013
516820449     ++++US BANK CUSTOMER FOR BV001 TRUST,   50 S 16TH ST STE 1960,   PHILADELPHIA PA  19102-2517
               (address filed with court:  US Bank Customer for BV001 Trust,   50 S 16th St. Suite 1950,
                Philadelphia, PA 19102)
516878950       Wells Fargo Bank NA,   PO Box 19657,   Irvine CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: cio.bncmail@irs.gov Jun 19 2018 23:55:27    Dist Dir of IRS,
                Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2018 23:56:03    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2018 23:56:00    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:08:17
                Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
517064887       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2018 00:08:32
                Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
516820440      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2018 00:09:13    Citibank NA,
                c/o Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA 23502-4952
517096277       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2018 00:20:06
                Portfolio Recovery Associates, LLC,   C/O capital One Bank (usa), N.a.,   POB 41067,
                Norfolk VA 23541
517031586       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2018 00:09:12
                Portfolio Recovery Associates, LLC,   c/o Best Buy,   POB 41067,   Norfolk VA 23541
516967631       E-mail/Text: bkdepartment@rtresolutions.com Jun 19 2018 23:56:15
                Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
516820445       E-mail/Text: bkdepartment@rtresolutions.com Jun 19 2018 23:56:15    Real Time Solutions,
                1349 Empire Central Drive,   Suite 150,   Dallas, TX 75247-4029
516820446       E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:08:17    SYNCB/Care Credit,
                PO Box 965036,   Orlando, FL 32896-5036
516822746      +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:08:16    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517258898      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 19 2018 23:56:26
                The Bank of New York Mellon, et al,   c/o Bayview Loan Servicing, LLC,
                4425 Ponce de Leon Boulevard, 5th Floor,   Coral Gables, FL 33146-1837
517271741      +E-mail/Text: bkteam@selenefinance.com Jun 19 2018 23:55:15
                Wilmington Savings Fund Society, et al.,   c/o Selene Finance LP,
                9990 Richmond Avenue, Suite 400 South,   Houston, TX 77042-4546
                                                                                              TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517357924       FIG Capital Investments NJ13 LLC
516820441*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Jun 19, 2018
                              Form ID: 169             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eugene D. Roth    on behalf of Debtor Ernesto L. Arana erothesq@gmail.com
              Eugene D. Roth    on behalf of Joint Debtor Megan L. Young erothesq@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    FIG Capital Investments NJ13 LLC lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-7CB) rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as trustee of Normandy Mortgage Loan Trust, Series 2016-2 skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```