UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

EUGENE D. ROTH, ESQ.-4239
VALLEY PARK EAST
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for Debtors

Order Filed on June 25, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Ernesto L. Arana and Megan L. Young,

Debtors

Case No.: 17-19726

Chapter: 11 (Small Business)

Judge: John K. Sherwood

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 25, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been opened to the Court by  Ernesto L. Arana and Megan L. Young , Plan Proponent, through counsel, _____Eugene D. Roth_____, upon the filing of a Small Business Plan and Small Business Disclosure Statement dated ____June 12, 2018____ under Chapter 11 of the United States Bankruptcy Code; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated ____June 12, 2018____ and filed by the Debtor is conditionally approved.

B. Within two (2) days after the entry of this Order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

C. ____July 24, 2018____ is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. ____July 24, 2018____ is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1.

E. A hearing shall be held on ____July 31, 2018____ at ___10:00___ (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable ____John K. Sherwood____, United States Bankruptcy Court, District of New Jersey, ___50 Walnut Street, Newark, NJ___, in Courtroom ___3D___.

*rev.10/1/15*