UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

EUGENE D. ROTH, ESQ.-4239
VALLEY PARK EAST
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for Debtors

Order Filed on June 25, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Ernesto L. Arana and Megan L. Young,

Debtors

Case No.: 17-19726

Chapter: 11 (Small Business)

Judge: John K. Sherwood

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 25, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been opened to the Court by  Ernesto L. Arana and Megan L. Young ,
Plan Proponent, through counsel, _____Eugene D. Roth_____, upon the filing of a
Small Business Plan and Small Business Disclosure Statement dated ____June 12, 2018____
under Chapter 11 of the United States Bankruptcy Code; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated ____June 12, 2018____ and filed by the Debtor is conditionally approved.

B. Within two (2) days after the entry of this Order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

C. ____July 24, 2018____ is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. ____July 24, 2018____ is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1.

E. A hearing shall be held on ____July 31, 2018____ at ___10:00___ (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable ____John K. Sherwood____, United States Bankruptcy Court, District of New Jersey, ____50 Walnut Street, Newark, NJ____, in Courtroom ___3D___.

*rev.10/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-19726-JKS
Ernesto L. Arana                                                        Chapter 11
Megan L. Young
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 25, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
db/jdb         +Ernesto L. Arana,    Megan L. Young,    18 Borroughs Ways,    Maplewood, NJ 07040-1411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eugene D. Roth    on behalf of Joint Debtor Megan L. Young erothesq@gmail.com
              Eugene D. Roth    on behalf of Debtor Ernesto L. Arana erothesq@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    FIG Capital Investments NJ13 LLC lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-7CB) rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as trustee of Normandy Mortgage Loan Trust, Series 2016-2 skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9