| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**EUGENE D. ROTH, ESQ.-4239**<br>Valley Park East<br>2520 Highway 35, Suite 307<br>Manasquan, NJ 08736<br>(732) 292-9288<br>Attorney for Debtors | **Order Filed on August 9, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Ernesto L. Arana and Megan L. Young,<br><br>Debtors. | Chapter 11<br><br>Case No. 17-19726<br><br>Judge: John K. Sherwood<br><br>Hearing Date: 7/31/2018 |

# ORDER CONFIRMING INDIVIDUAL DEBTORS' CHAPTER 11 COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is **Ordered.**

**DATED: August 9, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtors: Ernesto L. Arana and Megan L. Young
Case No.: 17-19726
Caption of Order: Order Confirming Individual Debtors' Chapter 11 Combined Plan of Reorganization and Disclosure Statement

The Individual Debtors' Combined Plan of Reorganization and Disclosure Statement under Chapter 11 of the Bankruptcy Code filed by the Debtors, Ernesto L. Arana and Megan L. Young, on June 13, 2018, having been transmitted to creditors and equity security holders, which Disclosure Statement was conditionally approved by order of this Court entered on June 25, 2018;

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied;

**IT IS ORDERED** that:

The Individual Debtors' Combined Plan of Reorganization and Disclosure Statement filed by the Debtors, Ernesto L. Arana and Megan L. Young on June 13, 2018, as amended by consent orders with respect to objections filed by Loramark Capital, LLC, FIG Capital Investments, LLC and Bank of NY Mellon, be and hereby is confirmed.

A copy of the confirmed plan is attached.