UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**EUGENE D. ROTH, ESQ.-4239**
**Valley Park East**
**2520 Highway 35, Suite 307**
**Manasquan, NJ 08736**
**(732) 292-9288**
**Attorney for Debtors**

In Re:

**Ernesto L. Arana and Megan L. Young,**

**Debtors.**

**Order Filed on August 9, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Chapter 11

Case No.  17-19726

Judge: John K. Sherwood

Hearing Date: 7/31/2018

## ORDER CONFIRMING INDIVIDUAL DEBTORS' CHAPTER 11

## COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is
**Ordered.**

**DATED: August 9, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2 of 2

Debtors: Ernesto L. Arana and Megan L. Young

Case No.: 17-19726

Caption of Order: Order Confirming Individual Debtors' Chapter 11 Combined Plan of Reorganization and Disclosure Statement

The Individual Debtors' Combined Plan of Reorganization and Disclosure Statement under Chapter 11 of the Bankruptcy Code filed by the Debtors, Ernesto L. Arana and Megan L. Young, on June 13, 2018, having been transmitted to creditors and equity security holders, which Disclosure Statement was conditionally approved by order of this Court entered on June 25, 2018;

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied;

**IT IS ORDERED** that:

The Individual Debtors' Combined Plan of Reorganization and Disclosure Statement filed by the Debtors, Ernesto L. Arana and Megan L. Young on June 13, 2018, as amended by consent orders with respect to objections filed by Loramark Capital, LLC, FIG Capital Investments, LLC and Bank of NY Mellon, be and hereby is confirmed.

A copy of the confirmed plan is attached.

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 17-19726-JKS
Ernesto L. Arana                                                 Chapter 11
Megan L. Young
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1            Date Rcvd: Aug 13, 2018
                           Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db/jdb          +Ernesto L. Arana,   Megan L. Young,   18 Borroughs Ways,   Maplewood, NJ 07040-1411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-7CB) dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eugene D. Roth   on behalf of Debtor Ernesto L. Arana erothesq@gmail.com
          Eugene D. Roth   on behalf of Joint Debtor Megan L. Young erothesq@gmail.com
          Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          Linda S. Fossi   on behalf of Creditor   FIG Capital Investments NJ13 LLC lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Mark Schepps   on behalf of Creditor   Loramark Capital LLC mschepps@verizon.net
          Michael A. Artis   on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov
          Rebecca Ann Solarz   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-7CB) rsolarz@kmllawgroup.com
          Steven P. Kelly   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, as trustee of Normandy Mortgage Loan Trust, Series 2016-2 skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                   TOTAL: 11