# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−19726−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ernesto L. Arana
18 Borroughs Ways
Maplewood, NJ 07040

Megan L. Young
18 Borroughs Ways
Maplewood, NJ 07040

Social Security No.:
xxx−xx−2715

xxx−xx−9000

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:     9/20/18
Time:     10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Eugene D. Roth

COMMISSION OR FEES
$23791.50

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 30, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-19726-JKS
Ernesto L. Arana                                                          Chapter 11
Megan L. Young
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 30, 2018
                              Form ID: 137             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
db/jdb         +Ernesto L. Arana,   Megan L. Young,   18 Borroughs Ways,   Maplewood, NJ 07040-1411
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,   Stern & Eisenberg, PC,
                 1040 N. Kings Highway,   Suite 407,   Cherry Hill, NJ 08034-1925
516820437      +BAC Home Loans Servicing,   P.O.Box 5170,   Simi Valley, CA 93062-5170
516820438      +Bayview Loan Servicing,   c/o Phelan, Hallinan,   400 Fellowship Rd.,
                 Mount Laurel, NJ 08054-3437
516820439      +Christina Trust A Division of Wilmington,   c/o Stern Lavinthal and Frankenberg,LLC,
                 105 Eisenhower Pkwy, Suite 302,   Roseland, NJ 07068-1640
516964429      +Loramark Capital LLC,   PO Box 744,   Mount Laurel NJ 08054-0744
516964430      +MTAG Cust Fig Cap Invest NJ313,   8323 Ramona Blvd., W Ste 2,   Jacksonville FL 32221-1387
516820442      +Meridian Financial Services,   Royal Holiday Club,   1636 Hendersonville Rd,
                 Asheville, NC 28803-3057
516820443      +Nissan Motor Acceptance Corporation,   PO Box 660360,   Dallas, TX 75266-0360
516820444      +Overlook Medical Center,   99 Beauvoir Ave,   Summit, NJ 07901-3595
516820447      +TD Bank/Target,   PO. Box 673,   Minneapolis, MN 55440-0673
517019189      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
516820448      +Toyota Lease Trust,   PO Box 105386,   Atlanta, GA 30348-5386
516820449      +US Bank Customer for BV001 Trust,   50 S 16th St. Suite 1950,   Philadelphia, PA 19102-2516
516878950       Wells Fargo Bank NA,   PO Box 19657,   Irvine CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Aug 30 2018 23:02:28     Dist Dir of IRS,
                 Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2018 23:03:03     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2018 23:03:01     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 23:08:09
                 Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
517064887       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2018 23:08:23
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                 Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
516820440      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 23:20:02     Citibank NA,
                 c/o Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA 23502-4952
517096277       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 23:08:14
                 Portfolio Recovery Associates, LLC,   C/O capital One Bank (usa), N.a.,   POB 41067,
                 Norfolk VA 23541
517031586       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 23:09:23
                 Portfolio Recovery Associates, LLC,   c/o Best Buy,   POB 41067,   Norfolk VA 23541
516967631       E-mail/Text: bkdepartment@rtresolutions.com Aug 30 2018 23:03:10
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
516820445       E-mail/Text: bkdepartment@rtresolutions.com Aug 30 2018 23:03:10     Real Time Solutions,
                 1349 Empire Central Drive,   Suite 150,   Dallas, TX 75247-4029
516820446       E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 23:08:41     SYNCB/Care Credit,
                 PO Box 965036,   Orlando, FL 32896-5036
516822746      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 23:09:17     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517258898      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 30 2018 23:03:21
                 The Bank of New York Mellon, et al,   c/o Bayview Loan Servicing, LLC,
                 4425 Ponce de Leon Boulevard, 5th Floor,   Coral Gables, FL 33146-1837
517271741      +E-mail/Text: bkteam@selenefinance.com Aug 30 2018 23:02:21
                 Wilmington Savings Fund Society, et al.,   c/o Selene Finance LP,
                 9990 Richmond Avenue, Suite 400 South,   Houston, TX 77042-4546
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517357924       FIG Capital Investments NJ13 LLC
cr*            +Loramark Capital LLC,   P.O. Box 744,   Mount Laurel, NJ 08054-0744
516820441*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                 TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2              User: admin                 Page 2 of 2                   Date Rcvd: Aug 30, 2018
                                  Form ID: 137                Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-7CB) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor     Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eugene D. Roth    on behalf of Debtor Ernesto L. Arana erothesq@gmail.com
              Eugene D. Roth    on behalf of Joint Debtor Megan L. Young erothesq@gmail.com
              Kevin Gordon McDonald     on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    FIG Capital Investments NJ13 LLC lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Mark   Schepps     on behalf of Creditor    Loramark Capital LLC mschepps@verizon.net
              Michael A. Artis     on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Rebecca Ann Solarz     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-7CB) rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as trustee of Normandy Mortgage Loan Trust, Series 2016-2 skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```