UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

EUGENE D. ROTH, ESQ.-4239
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for Debtors

Order Filed on October 3, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Ernesto L. Arana and Megan L. Young,

Debtors

| | |
|---|---|
| Case No.: | 17-19726 |
| Hearing Date: | 9/20/2018@10:00 |
| Judge: | John K. Sherwood |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 3, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Eugene D. Roth, Debtor's Attorney | $23,791.50 | $0.00 |

*rev.8/1/15*