UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on April 8, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Eugene D. Roth - 4239
Valley Park East, Suite 307
2520 Highway 35
Manasquan, NJ 08736
732-292-9288
Attorney for Debtor. Ernesto Arana

| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| Ernesto Arana and Megan Young , | CASE NO: 17-19726 (JKS)  CHAPTER 13 |
| DEBTORS | Hearing Date:  April 16, 2019 @ 10:00 am |

### ORDER APPROVING MOTGAGE MODIFICATION

The relief set forth on the following pages, numbered one (2)through (2) is hereby **ORDERED**.

DATED: April 8, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

**CAPTION OF ORDER:**
ORDER APPROVING MORTGAGE MODIFICATION

IN RE.: Ernesto Arana and Megan Young
CASE NO.: 17-19726
DATE OF HEARING: 4/09/2019
JUDGE: John K. Sherwood


It appearing that the Debtors having filed a Motion Seeking to Approve Mortgage Modification with Selene Finance, LP and good and sufficient cause appearing, it is hereby

**ORDERED** that:

1. Debtors' request for authorization to modify existing mortgage with Selene Finance, LP be and is hereby granted.
2. Within 30 days of entry of the loan modification order, mortgagee, with Selene Finance, LP shall amend its Proof of Claim designated on the Court Claims Register as Claim #9-1 to reflect the terms of the mortgage loan as modified.