UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on April 8, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Eugene D. Roth - 4239
Valley Park East, Suite 307
2520 Highway 35
Manasquan, NJ 08736
732-292-9288
Attorney for Debtor. Ernesto Arana

| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| Ernesto Arana and Megan Young , | CASE NO: 17-19726 (JKS) CHAPTER 13 |
| DEBTORS | Hearing Date:  April 16, 2019 @ 10:00 am |

### ORDER APPROVING MOTGAGE MODIFICATION

The relief set forth on the following pages, numbered one (2)through (2) is hereby **ORDERED**.

DATED: April 8, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

**CAPTION OF ORDER:**
ORDER APPROVING MORTGAGE MODIFICATION

IN RE.: Ernesto Arana and Megan Young
CASE NO.: 17-19726
DATE OF HEARING: 4/09/2019
JUDGE: John K. Sherwood

It appearing that the Debtors having filed a Motion Seeking to Approve Mortgage Modification with Selene Finance, LP and good and sufficient cause appearing, it is hereby

**ORDERED** that:

1. Debtors' request for authorization to modify existing mortgage with Selene Finance, LP be and is hereby granted.
2. Within 30 days of entry of the loan modification order, mortgagee, with Selene Finance, LP shall amend its Proof of Claim designated on the Court Claims Register as Claim #9-1 to reflect the terms of the mortgage loan as modified.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-19726-JKS
Ernesto L. Arana                                                      Chapter 11
Megan L. Young
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 09, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.
db/jdb         +Ernesto L. Arana,   Megan L. Young,   18 Borroughs Ways,   Maplewood, NJ 07040-1411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-7CB) dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eugene D. Roth    on behalf of Debtor Ernesto L. Arana erothesq@gmail.com
          Eugene D. Roth    on behalf of Joint Debtor Megan L. Young erothesq@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          Linda S. Fossi    on behalf of Creditor    FIG Capital Investments NJ13 LLC lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Mark   Schepps    on behalf of Creditor    Loramark Capital LLC mschepps@verizon.net
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-7CB) rsolarz@kmllawgroup.com
          Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, as trustee of Normandy Mortgage Loan Trust, Series 2016-2 skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11