Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

       Case No.:  17–19726–JKS
       Chapter:  11
       Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ernesto L. Arana | Megan L. Young |
| 18 Borroughs Ways | 18 Borroughs Ways |
| Maplewood, NJ 07040 | Maplewood, NJ 07040 |

Social Security No.:
  xxx–xx–2715                                            xxx–xx–9000

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 7, 2019</u>            <u>John K. Sherwood</u>
                                      Judge, United States Bankruptcy Court