| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Ernesto L. Arana** | Social Security number or ITIN | xxx–xx–2715 |
| | First Name   Middle Name   Last Name | EIN __–_____ | |
| Debtor 2 (Spouse, if filing) | **Megan L. Young** | Social Security number or ITIN | xxx–xx–9000 |
| | First Name   Middle Name   Last Name | EIN __–_____ | |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 17–19726–JKS | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Ernesto L. Arana

Megan L. Young

3/26/24

**By the court:** John K. Sherwood
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

Form 3180RI                **Individual Chapter 11 Discharge**                page 1

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 17-19726-JKS

Ernesto L. Arana                                                     Chapter 11

Megan L. Young

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                                    Page 1 of 3

Date Rcvd: Mar 26, 2024             Form ID: 3180RI                          Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | | Ernesto L. Arana, Megan L. Young, 18 Borroughs Ways, Maplewood, NJ 07040-1411 |
| cr | + | MTGLQ Investors, LP c/o Rushmore Loan Management S, 15480 Laguna Canyon Rd., Ste 100, Irvine, CA 92618-2132 |
| cr | + | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 516820438 | + | Baywiew Loan Servicing, c/o Phelan, Hallinan, 400 Fellowship Rd., Mount Laurel, NJ 08054-3437 |
| 516820439 | + | Christina Trust A Division of Wilmington, c/o Stern Lavinthal and Frankenberg,LLC, 105 Eisenhower Pkwy, Suite 302, Roseland, NJ 07068-1640 |
| 516964429 | + | Loramark Capital LLC, PO Box 744, Mount Laurel NJ 08054-0744 |
| 516964430 | + | MTAG Cust Fig Cap Invest NJ313, 8323 Ramona Blvd., W Ste 2, Jacksonville FL 32221-1501 |
| 516820444 | + | Overlook Medical Center, 99 Beauvoir Ave, Summit, NJ 07901-3595 |
| 516822746 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516820449 | + | US Bank Customer for BV001 Trust, 50 S 16th St. Suite 1950, Philadelphia, PA 19102-2516 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | EDI: IRS.COM | Mar 27 2024 00:40:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517064887 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2024 21:00:22 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516820437 | + | EDI: BANKAMER | Mar 27 2024 00:40:00 | BAC Home Loans Servicing, P.O.Box 5170, Simi Valley, CA 93062-5170 |
| 516820440 | + | EDI: PRA.COM | Mar 27 2024 00:40:00 | Citibank NA, c/o Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 516820442 | + | Email/Text: compliance@merid.com | Mar 26 2024 20:53:00 | Meridian Financial Services, Royal Holiday Club, 1636 Hendersonville Rd, Asheville, NC 28803-3197 |
| 516820443 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 26 2024 20:53:00 | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 517096277 | | EDI: PRA.COM | Mar 27 2024 00:40:00 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517031586 | | EDI: PRA.COM | Mar 27 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Mar 26, 2024 | Form ID: 3180RI | Total Noticed: 31

| | | | |
|---|---|---|---|
| | | | POB 41067, Norfolk VA 23541 |
| 516967631 | Email/Text: bkdepartment@rtresolutions.com | Mar 26 2024 20:54:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 516820445 | Email/Text: bkdepartment@rtresolutions.com | Mar 26 2024 20:54:00 | Real Time Solutions, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 516820446 | EDI: SYNC | Mar 27 2024 00:40:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 516820447 | + EDI: WTRRNBANK.COM | Mar 27 2024 00:40:00 | TD Bank/Target, PO. Box 673, Minneapolis, MN 55440-0673 |
| 517258898 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 26 2024 20:53:00 | The Bank of New York Mellon, et al, c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| 517019189 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 26 2024 20:53:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517767236 | Email/PDF: bncnotices@becket-lee.com | Mar 26 2024 21:12:12 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516820448 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 26 2024 20:53:00 | Toyota Lease Trust, PO Box 105386, Atlanta, GA 30348-5386 |
| 516878950 | EDI: WFFC2 | Mar 27 2024 00:40:00 | Wells Fargo Bank NA, PO Box 19657, Irvine CA 92623-9657 |
| 517271741 | + Email/Text: bkteam@selenefinance.com | Mar 26 2024 20:53:00 | Wilmington Savings Fund Society, et al., c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517357924 | | FIG Capital Investments NJ13 LLC |
| cr | *+ | Loramark Capital LLC, P.O. Box 744, Mount Laurel, NJ 08054-0744 |
| 516820441 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2006-7CB) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eugene D. Roth | on behalf of Debtor Ernesto L. Arana erothesq@gmail.com |
| Eugene D. Roth | on behalf of Joint Debtor Megan L. Young erothesq@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@blankrome.com  bkgroup@kmllawgroup.com |
| Linda S. Fossi | on behalf of Creditor FIG Capital Investments NJ13 LLC lfossi@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Mark Schepps | on behalf of Creditor Loramark Capital LLC mschepps@verizon.net |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2006-7CB) rsolarz@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor MTGLQ Investors  LP c/o Rushmore Loan Management Services dnj@pbslaw.org |
| Steven P. Kelly | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, as trustee of Normandy Mortgage Loan Trust, Series 2016-2 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12